Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

CENTRAL District of CALIFORNIA

EASTERN Division

|  |  |
|---|---|
| TOPEKA TECH, INC <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> STRICT <br> (Guangzhouyonglinshangmaoyouxiangongsi) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TOPEKA TECH, INC |
| Street Address | 2834 Hamner Ave., Ste. 451 |
| City and County | Norco, Riverside |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    State and Zip Code    CA 92860
    Telephone Number
    E-mail Address

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name    Guangzhouyonglinshangmaoyouxiangongsi
    Job or Title *(if known)*
    Street Address    Room 723, No 26-30 Heyi Street, Sanyuanli Dalu, Baiyun District
    City and County    Guangzhou, Guangdong
    State and Zip Code    CHINA 510403
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        E-mail Address *(if known)*

    Defendant No. 4

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒   Federal question        ☐   Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

    35 U.S.C. § 271 - Patent Infringement

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated

        under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of

        the State of *(name)* _____. Or is a citizen of

        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—`the amount the plaintiff claims the defendant owes or the amount at` stake—`is more than $75,000, not counting interest and costs of court, because` *(explain)*:

Page ___ of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff is the lawful owner of U.S. Patent No. D863,587S, titled "Handheld Body Massaging Device" issued by the United States Patent and Trademark Office on Oct. 15, 2019, and U.S. Patent No.D981,578S, titled "Handheld Body Massaging Device," issued by the United States Patent and Trademark Office on March. 21, 2023.

Both Patents describe and claims the designs of a handheld massaging device. Plaintiff has invested substantial time and resources in developing, promoting, and commercializing products based on the patented invention.

Defendant has been selling products on Amazon.com that infringe on Plaintiff's Patents. The infringing products on Amazon with ASINs: B0CY5GVLHB, ASIN: B0CY5GYCQF, ASIN: B0DK54Q921, ASIN: B0D4QK6XMM, ASIN: B0CY5HYVN5, ASIN: B0CY5G7K6P, ASIN: B0D4QL4X1Y, ASIN: B0D4Q8T8XX incorporate features claimed in Plaintiff's Patents, without authorization or license from Plaintiff.

Despite Plaintiff's notification of its patent rights, Defendant has continued to sell the infringing products, which has caused Plaintiff irreparable harm by diminishing its market share, reputation, and goodwill.

PATENT INFRINGEMENT (35 U.S.C. § 271)
• Defendant has directly infringed, and continues to infringe, at least one claim of the Patents by making, using, selling, offering to sell, and/or importing the infringing products into the United States without Plaintiff's authorization, in violation of 35 U.S.C. § 271(a).
• Defendant's actions have been willful, deliberate, and in disregard of Plaintiff's patent rights, making this an exceptional case under 35 U.S.C. § 285.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Permanent Injunction: Enjoining Defendant from making, using, selling on Amazon, offering to sell, or importing any products that infringe upon Plaintiff's Patent;

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be        served. I understand that my failure to keep a current address on file with the Clerk's Office may result        in the dismissal of my case.

   Date of signing:

   Signature of Plaintiff
   Printed Name of Plaintiff

   B.   **For Attorneys**

   Date of signing:       08/20/2025

   Signature of Attorney       /s/ Leonard Yip
   Printed Name of Attorney    Leonard Yip
   Bar Number                  260918
   Name of Law Firm            Nguyen & Yip, P.C.
   Street Address              20955 Pathfinder Road, Suite 100
   State and Zip Code          CA 91765
   Telephone Number            (909) 843-6522
   E-mail Address              leonard@asklawyers.net